NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1582

TONY COLIDA,

Plaintiff-Appellant,

v.

PANASONIC CORPORATION OF NORTH AMERICA
and PANASONIC CORPORATION,

Defendants-Appellees.

Appeal from the United States District Court for the Northern District of Illinois
in case no. 09-CV-1786, Judge Matthew F. Kennelly.

ON MOTION

O R D E R

Upon consideration of Tony Colida's motion for leave to proceed in forma pauperis,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 11 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Tony Colida
Manish K. Mehta, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 11 2009

JAN HORBALY
CLERK